TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23985

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: September 23, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-22652-RJH |
| Chris Moyers and Alicia H. Moyers<br>    Debtors. | Chapter 7 |
| US Bank Natl. Assoc., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-FF2<br>    Movant,<br>  vs. | ORDER<br><br>(Related to Docket #20) |
| Chris Moyers and Alicia H. Moyers, Debtors, Andrew S. Nemeth, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 18, 2005 and recorded in the office of the Maricopa County Recorder wherein US Bank Natl. Assoc., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-FF2 is the current beneficiary and Chris Moyers and Alicia H. Moyers have an interest in, further described as:

> Lot 13, of PARKWOOD RANCH PARCEL 9, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 511 of Maps, Page 1 and Affidavit of Correction recorded in Document No. 2000-015494 of official records.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.